UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOSE CRUZ, | ) | Case No. CV 07-3113-DDP(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| M.S. EVANS, Warden, | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: FEB 1 2 2009

_____
Dean D. Pregerson
United States District Judge